IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-00128-CMA-MJW

RICHARD LEE MARTINEZ,

Plaintiff(s),

v.

KEVIN MILYARD, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Handwritten Motion captioned: "Status Motion" (docket no. 13) is GRANTED as follows.  The court will address the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in due course.

     FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER OF:

Richard Lee Martinez
#75213
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Date:  September 23, 2009