**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00128-CMA

RICHARD LEE MARTINEZ,

    Plaintiff,

v.

KEVIN MILYARD, and
JOHN SUTHERS,

    Defendants.

**ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS**

    This matter is before the Court *sua sponte*.

    It is hereby ORDERED that the Clerk of the District Court for Montrose County, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate courts in *People v. Richard Martinez*, Montrose County District Court, Case No. 97-CR-127, and Case No. 97-CR-180, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, <u>on or before March 19, 2010</u>.

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the District Court, Attn: Appeals, Montrose County Justice Center, by facsimile to (970) 252-4309 and by regular mail to Clerk of the District Court, Attn:

Appeals, Montrose County Justice Center, 1200 North Grand Avenue, Bin A, Montrose, CO 81401.

DATED at Denver, Colorado, this  17th  day of  February , 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge